**FILED**

COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
Email: Colin.Rubich@usdoj.gov

JUN 24 2026
Clerk, U.S. Courts
District of Montana
Missoula Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26- 27 -BU- WWM |
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO COMMIT BANK FRAUD (Count 1)<br>Title 18 U.S.C. § 1349<br>(Penalty: 30 years of imprisonment, $1,000,000 fine, and five years of supervised release) |
| GREANTE ROLANDO GEE and VIOLET CHARIS SHOCKLEY, | |
| Defendants. | BANK FRAUD (Counts 2-6)<br>Title 18 U.S.C. §§ 1344(2) and 2<br>(Penalty: 30 years of imprisonment, $1,000,000 fine, and five years of supervised release) |
| | POSSESSION OF STOLEN U.S. TREASURY CHECK (Count 7-8)<br>Title 18 U.S.C. §§ 510(b), 2<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |

1

|  | **AGGRAVATED IDENTITY THEFT** (Counts 9-12) **Title 18 U.S.C. §§ 1028A(a)(1) and 2** (Penalty: Mandatory minimum two years of imprisonment, consecutive to any other punishment, $250,000 fine, and one year of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on or about September 8, 2023, and continuing until on or about August 9, 2024, at Bozeman and Belgrade, in Gallatin County, in the State and District of Montana and elsewhere, including the District of Utah, the District of Colorado, the District of Nevada, the Western District of Oklahoma, the Central District of California, the Southern District of California, and the District of Wyoming, the defendants, GREANTE ROLANDO GEE and VIOLET CHARIS SHOCKLEY, knowingly and unlawfully conspired and agreed with each other and other persons known and unknown to the Grand Jury to devise a material scheme and artifice defraud various financial institutions by opening bank accounts to cash stolen U.S. Treasury checks throughout Montana, Colorado, Utah, Nevada, Oklahoma, California, and Wyoming and, to further this conspiracy, fraudulently used, and continued to use, the identities of various individuals in order to open these bank accounts at financial institutions, all while the defendants never had

2

authority to possess and use such U.S. Treasury checks, nor to present such checks to financial institutions.

Specifically, as part of the conspiracy, the defendants, GREANTE ROLANDO GEE and VIOLET CHARIS SHOCKLEY, committed the following overt acts:

1. In September of 2023, SHOCKLEY traveled to Bozeman, Montana, with stolen and fraudulent treasury checks and identification documents and opened bank accounts at First Security Bank and American Bank and used the bank accounts to deposit stolen and fraudulent treasury checks in the total amount of $211,985.40.

2. In September of 2023, SHOCKLEY traveled to Castle Rock, Colorado, with a stolen and fraudulent treasury check and identification documents and opened a bank account at Canvas Credit Union and used the bank account to deposit a stolen and fraudulent treasury check in the total amount of $91,625.09.

3. In October of 2023, SHOCKLEY traveled to Reno, Nevada, with a stolen and fraudulent treasury check and identification documents and opened a bank account at Greater Nevada Credit Union and used the bank account to attempt to deposit a stolen and fraudulent treasury check in the total amount of $905,012.94.

4. In October 2023, GEE traveled to Salt Lake City, Utah, with stolen and fraudulent treasury checks and identification documents and opened bank accounts at Zions Bank and University First Credit Union and used the bank accounts to deposit and attempt to deposit stolen and fraudulent treasury checks in the total amount of $106,126.52.

5. In November 2023, SHOCKLEY traveled to Salt Lake City, Utah, with stolen and fraudulent treasury checks and identification documents and attempted to open a bank account at Utah First Federal Credit Union and used the bank account to attempt to deposit a stolen and fraudulent treasury check in the total amount of $419,254.29.

6. In December 2023, GEE traveled to Oklahoma City, Oklahoma, with stolen and fraudulent treasury checks and identification documents and opened a bank account at True Sky Credit Union and used the bank account to attempt to deposit a stolen and fraudulent treasury check in the total amount of $74,173.90.

7. In December 2023, GEE traveled with another coconspirator to Temecula, San Diego, and Carlsbad, California, with stolen and fraudulent treasury checks and identification documents and opened and attempted to open bank accounts at San Diego Community Credit Union

4

and used the bank accounts to attempt to deposit stolen and fraudulent treasury checks in the total amount of $ 2,884,091.24.

8. In January 2024, GEE traveled to Herriman, Utah, with stolen and fraudulent treasury checks and identification documents and opened bank accounts at Hercules First Federal Credit Union and Utah Community Credit Union and used the bank accounts to deposit and attempt to deposit stolen and fraudulent treasury checks in the total amount of $323,334.66.

9. In January 2024, GEE and SHOCKLEY traveled with other coconspirators to Cheyenne, Wyoming, with stolen and fraudulent treasury checks and identification documents and opened and attempted to open bank accounts at Blue Federal Credit Union, NuVision Credit Union, and WyHy Federal Credit Union, and used the bank accounts to attempt to deposit stolen and fraudulent treasury checks in the total amount of $1,458,342.80.

10. In January 2024, GEE traveled with another coconspirator to Wheat Ridge, Colorado, with a stolen and fraudulent treasury check and identification documents and opened a bank account at Foothills Credit Union and used the bank account to deposit a stolen and fraudulent treasury check in the total amount of $140,037.00.

11. In January of 2024, GEE supplied two coconspirators with stolen and fraudulent treasury checks and identification documents and sent them to Montana, where they, at the direction of GEE, opened bank accounts at Valley Credit Union, Rocky Mountain Credit Union, and Sky Federal Credit Union and used the bank accounts to cash the stolen and fraudulent treasury checks to attempt to deposit a stolen and fraudulent treasury check in the total amount of $949,390.90.

12. In January and February 2024, GEE traveled with other coconspirators to American Fork and Riverton, Utah, with stolen and fraudulent treasury checks and identification documents and opened and attempted to open bank accounts at Utah Community Credit Union and Security Services Credit Union and used the bank accounts to deposit and attempt to deposit stolen and fraudulent treasury checks in the total amount of $119,872.09.

13. In August 2024, GEE traveled to Draper and Murray, Utah, with stolen and fraudulent identification documents and opened and attempted to open bank accounts at Utah Community Credit Union, Jordan Credit Union, and Goldenwest Credit Union.

All of the conduct was in violation of 18 U.S.C. § 1349.

COUNTS 2-56

Beginning on or about September 8, 2023, and continuing until on or about August 9, 2024, at Bozeman and Belgrade, in Gallatin County, in the State and District of Montana and elsewhere, including the District of Utah, the District of Colorado, the District of Nevada, the Western District of Oklahoma, the Central District of California, the Southern District of California, and the District of Wyoming, the defendants, GREANTE ROLANDO GEE and VIOLET CHARIS SHOCKLEY, knowingly and with intent to defraud, devised and executed a scheme and artifice to defraud various financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation or National Credit Union Share Insurance Fund as to a material matter and to obtain moneys owned by, and under the custody or control of, said financial institutions by means of material false and fraudulent pretenses, representations, and promises, and by concealment of material facts.

During the period of the scheme, the defendants, GREANTE ROLANDO GEE and VIOLET CHARIS SHOCKLEY, entered bank and credit union branches, or caused other recruited individuals to enter the branches, to open accounts to enable them to deposit stolen U.S. Treasury checks into said accounts throughout Montana, Colorado, Utah, Nevada, California, Oklahoma, and Wyoming, all while the defendants never had authority to possess and use such

U.S. Treasury checks, nor to present such checks to financial institutions, specific transactions identified in the table below, and in doing so obtained and attempted to obtain money owned by, and under the custody and control of said financial institutions, and aided and abetted the same, in violation of 18 U.S.C. §§ 1344(2) and 2.

| Count | Defendant | Date | Bank Branch |
|---|---|---|---|
| 2 | SCHOCKLEY | 9/8/2023 | First Security Bank Bozeman, MT |
| 3 | SCHOCKLEY | 9/12/2023 | American Bank Bozeman, MT |
| 4 | GEE | 1/24/2024 | Valley Credit Union Bozeman, MT |
| 5 | GEE | 1/25/2024 | Rocky Mountain Credit Union Bozeman, MT |
| 6 | GEE | 1/26/2024 | Sky Federal Credit Union Bozeman, MT |

COUNT 7

In on or about September of 2023, at Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, VIOLET CHARIS SHOCKLEY, with knowledge that a U.S. Treasury check was stolen, the face value of which exceeded $1,000, sold, exchanged, received, delivered, retained, and concealed such U.S. Treasury check, and aided and abetted the same, all in violation of 18 U.S.C. §§ 510(b) and 2.

8

## COUNT 8

Beginning in on or about December 2023, and continuing to on or about January 2024, at Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, GREANTE ROLANDO GEE, with knowledge that a U.S. Treasury check was stolen, the face value of which exceeded $1,000, sold, exchanged, received, delivered, retained, and concealed such U.S. Treasury check, and aided and abetted the same, all in violation of 18 U.S.C. §§ 510(b) and 2.

## COUNT 9

Beginning on or about September 8, 2023 and continuing to on or about August 9, 2024, at Bozeman and Belgrade, in Gallatin County, in the State and District of Montana and elsewhere, including the District of Utah, the District of Colorado, the District of Nevada, the Western District of Oklahoma, the Central District of California, the Southern District of California, and the District of Wyoming, the defendant, GREANTE ROLANDO GEE, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1349, conspiracy to commit bank fraud, as charged in Count 1 above, and aided and abetted in doing so, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

9

## COUNT 10

On or about January 24, 2024, at Bozeman, in Gallatin County, in the State and District of Montana, the defendant, GREANTE ROLANDO GEE, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1344(2), bank fraud, as charged in Count 4 above, and aided and abetted in doing so, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

## COUNT 11

On or about January 25, 2024, at Bozeman, in Gallatin County, in the State and District of Montana, the defendant, GREANTE ROLANDO GEE, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1344(2), bank fraud, as charged in Count 5 above, and aided and abetted in doing so, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

///

///

///

///

///

///

## COUNT 12

On or about January 25, 2024, at Bozeman, in Gallatin County, in the State and District of Montana, the defendant, GREANTE ROLANDO GEE, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C. § 1344(2), bank fraud, as charged in Count 6 above, and aided and abetted in doing so, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_for Mark Smith_

MARK STEGER SMITH
Acting United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

11